UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO STALLINGS, by and through his guardian ad litem, LAVIRRISE BYNES,<br><br>Plaintiff,<br><br>v.<br><br>TOM FERRERA, an Official as Solano County Sheriff in his official and individual capacities; SOLANO COUNTY; PAM AHLIN an Official as Director of California Department of State Hospitals in her official and individual capacities; NORMAN T. KRAMER, an Official as Director of Napa State Hospital in his official and individual capacities; MHM Services; MARK NAAS program director for MHM services,<br><br>Defendants. | No. 2:18-cv-02073-TLN-KJN<br><br>**ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM** |

The Court having considered the motion of Lavirrise Bynes for Appointment as Guardian Ad Litem for Pablo Stallings, who is the plaintiff in the above-referenced action, and good cause appearing, the motion is hereby GRANTED, and Lavirrise Bynes is appointed guardian ad litem for Pablo Stallings in this action.

///

///

1

IT IS SO ORDERED.

Dated: September 20, 2018

_____
Troy L. Nunley
United States District Judge