Xavier Becerra, State Bar No. 118517
Attorney General of California
Alberto L. Gonzalez, State Bar No. 117605
Supervising Deputy Attorney General
Amie C. McTavish, State Bar No. 242372
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7663
 Fax: (916) 322-8288
 E-mail: Amie.McTavish@doj.ca.gov
*Attorneys for Defendants Pam Ahlin and Norman Kramer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **PABLO STALLINGS BY AND THROUGH HIS GUARDIAN AD LITEM LAVIRRISE BYNES,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOM FERRERA, an Official as Solano County Sheriff in his official and individual capacities; SOLANO COUNTY; PAM AHLIN an Official as Director of California Department of State Hospitals in her official and individual capacities; NORMAN T. KRAMER, an Official as Director of Napa State Hospital in his official and individual capacities; MHM Services; MARK NAAS program director for MHM services; DOES 1 through 10, inclusive,**<br><br>Defendants. | 2:18-cv-02073-TLN-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS AHLIN AND KRAMER TO RESPOND TO COMPLAINT AND ORDER**<br><br>[L.R. 144(a)] |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), the Plaintiff and

Defendants Pam Ahlin and Norman Kramer through their respective counsel of record, stipulate

///

1

to and request an extension of time for Defendants Pam Ahlin and Norman Kramer to respond to the Complaint filed on July 29, 2018 (ECF # 1).

Defendants Ahlin and Kramer's responsive pleading will now be due on or before January 14, 2019.

IT IS SO STIPULATED.

Dated: December 17, 2018　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　XAVIER BECERRA
　　　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　　　ALBERTO L. GONZALEZ
　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　　　*/s/ Amie McTavish*

　　　　　　　　　　　　　　　　　　　　　　AMIE C. MCTAVISH
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　*Pam Ahlin and Norman Kramer*

Dated: December 17, 2018　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　Law Offices of Stanley Goff

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stanley Goff*
　　　　　　　　　　　　　　　　　　　　　　*As authorized via email on 12/17/ 2018*

　　　　　　　　　　　　　　　　　　　　　　STANLEY GOFF
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED.

Defendants Pam Ahlin and Norman Kramer's response to the complaint is due on or before January 14, 2019.

IT IS SO ORDERED.

Dated: December 18, 2018

_____
Troy L. Nunley
United States District Judge