XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
AMIE C. MCTAVISH, State Bar No. 242372
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7663
 Fax: (916) 322-8288
 E-mail: Amie.McTavish@doj.ca.gov
*Attorneys for Defendants Pam Ahlin and Dolly Matteucci*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **PABLO STALLINGS BY AND THROUGH HIS GUARDIAN AD LITEM LAVIRRISE BYNES,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOM FERRERA, an Official as Solano County Sheriff in his official and individual capacities; SOLANO COUNTY; PAM AHLIN an Official as Director of California Department of State Hospitals in her official and individual capacities; DOLLY MATTEUCCI, an Official as Director of Napa State Hospital in her individual capacities; DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:18-cv-02073-TLN-KJN<br><br>**ORDER FOR DEFENDANT DOLLY MATTEUCCI TO FILE RESPONSIVE PLEADING** |

WHEREAS Counsel for Defendant Dolly Mattecucci has accepted service on her behalf;

WHEREAS the Allegations in the First Amended Complaint against Defendant Pam Ahlin and Mattecucci are identical;

///

1

1  WHEREAS Defendant Ahlin has filed a Motion to Dismiss that is currently under submission
2  (ECF No. 36);
3  WHEREAS Defendant Matteucci will file an identical motion to the one filed by Defendant
4  Ahlin;
5  WHEREAS allowing Defendant Matteucci an extension of time to file a responsive pleading
6  will eliminate the need for duplicative work and save judicial resources;
7  The parties hereby request the court allow Defendant Matteucci to file a responsive pleading
8  not more than 21 days after a ruling on Defendant Ahlin's pending Motion to Dismiss.

Dated:  December 27, 2019

/s/ Amie C. McTavish
AMIE C. MCTAVISH
Deputy Attorney General
*Attorneys for Defendants Pam Ahlin and Dolly Matteucci*

Dated:  December 27, 2019

/s/ Stanley Goff
Law Office of Stanley Goff
Stanley Goff
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: January 3, 2020

Troy L. Nunley
United States District Judge