UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO STALLINGS, BY AND THROUGH HIS GUARDIAN AD LITEM LAVIRRISE BYNES,<br><br>Plaintiff,<br><br>v.<br><br>TOM FERRARA, PAM AHLIN, AND DOLLY MATTEUCCI,<br><br>Defendants. | Case No. 2:18-cv-2073-DJC-CSK<br><br>ORDER |

On October 15, 2024, this matter was referred to the Magistrate Judge pursuant to Local Rule 302(a). (ECF No. 62.) On February 24, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 66.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations (ECF No. 66) are ADOPTED IN FULL; and

2. Defendant Sheriff Ferrara's motion for summary judgment (ECF No. 46) is GRANTED, and judgment is entered for Mr. Ferrara.

IT IS SO ORDERED.

Dated: **March 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/18cv2073.jo.cjra

2