UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO STALLINGS, BY AND THROUGH HIS GUARDIAN AD LITEM LAVIRRISE BYNES,<br><br>Plaintiff,<br><br>v.<br><br>TOM FERRARA, PAM AHLIN, AND DOLLY MATTEUCCI,<br><br>Defendants. | Case No. 2:18-cv-02073 DJC-CSK<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR ADDITIONAL TIME<br><br>(ECF No. 71) |

**Plaintiff Pablo Stalling's current counsel of record (Stanley Goff) is ordered to serve this order on Plaintiff and Plaintiff's guardian ad litem.**

On April 3, 2025, Plaintiff filed a request for additional time to file his supplemental opposition to the State Defendants' re-filed motion to provide Plaintiff with additional time to retain counsel where current counsel has been terminated from representation by Plaintiff's guardian ad litem and new counsel has not yet been retained. (ECF No. 71.) The Court also notes that Plaintiff's current counsel has not yet moved to withdraw as counsel and remains counsel of record for Plaintiff. *See* Docket.

The Court GRANTS IN PART Plaintiff's request, and clarifies what appears to be a misunderstanding by Plaintiff in his April 3 request for additional time.

On March 24, 2025, Defendant Director of California Department of State Hospitals Pam Ahlin and Defendant Executive Director of California Department of State Hospitals - Napa State Hospital Dolly Matteucci's (collectively, "State Defendants") re-filed their motion for summary judgment pursuant to the Court's orders. (ECF Nos. 63, 65, 69.) State Defendants elected to re-file the previously submitted declarations and re-file the same summary judgment motion, adding only one new section that is two paragraphs long and titled "Defendants Ahlin And Matteucci's Response To Courts Order Regarding Use Of Prior Declarations" on p.3 of their re-filed motion (ECF No. 69 at 9). As the Court previously ordered, Plaintiff Pablo Stalling's opposition documents (ECF Nos. 50, 50-1, 50-2, 50-5, 50-6, 50-7, 52, 53) and the State Defendants' reply (ECF No. 55) will be deemed submitted and should NOT be re-filed.

**Plaintiff is therefore NOT required to file a supplemental opposition to the State Defendants' re-filed motion for summary judgment.** If Plaintiff elects to file an optional supplemental opposition, it must be limited to five (5) pages and must be limited to only responding to any new material from State Defendants' re-filed motion for summary judgment. (*See* ECF Nos. 63, 65.) As described above, the only new material in State Defendants' re-filed motion is the two-paragraph section titled "Defendants Ahlin And Matteucci's Response To Courts Order Regarding Use Of Prior Declarations" on p.3 of their re-filed motion (ECF No. 69 at 9).

The Court previously ordered that Plaintiff's optional supplemental opposition was due within 14 days of State Defendants' re-filed motion, which is April 7, 2025 (ECF No. 65).

## CONCLUSION

In conclusion, the Court ORDERS as follows:

**1.    As the Court previously ordered, Plaintiff's summary judgment opposition documents (ECF Nos. 50, 50-1, 50-2, 50-5, 50-6, 50-7, 52, 53) and the State Defendants' reply (ECF No. 55) will be deemed submitted and should NOT be re-filed.**

    **2.**	**Plaintiff is NOT required to file a supplemental opposition to the State Defendants' re-filed motion for summary judgment.**

    **3.**	**The Court GRANTS IN PART Plaintiff's request for additional time (ECF No. 71) and grants Plaintiff a 60-day extension to June 6, 2025 to file his optional supplemental opposition to the State Defendants' re-filed motion for summary judgment. If Plaintiff elects to file a supplemental opposition, it is strictly limited to five (5) pages and limited to only responding to any new material from the State Defendants' re-filed motion for summary judgment (i.e., the new section titled "Defendants Ahlin And Matteucci's Response To Courts Order Regarding Use Of Prior Declarations" on p.3 of State Defendants' re-filed motion).**

    **4.**	If Plaintiff files a supplemental opposition, the State Defendants will be permitted to file an optional sur-reply within five (5) days of the filing of Plaintiff's supplemental opposition, limited to three (3) pages and limited to responding to Plaintiff's supplemental opposition.

Dated:  April 4, 2025

                                                    CHI SOO KIM
                                                    UNITED STATES MAGISTRATE JUDGE