UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO STALLINGS, BY AND THROUGH HIS GUARDIAN AD LITEM LAVIRRISE BYNES,<br><br>Plaintiff,<br><br>v.<br><br>TOM FERRARA, PAM AHLIN, AND DOLLY MATTEUCCI,<br><br>Defendants. | Case No. 2:18-cv-02073 DJC-CSK<br><br>ORDER<br><br>(ECF No. 73.) |

Pursuant to Local Rule 302(a), pending motions for summary judgment (ECF No. 46, 47) and motion to strike (ECF No. 56) were referred a United States Magistrate Judge. (ECF No. 62.) On August 04, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 73), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 73). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 73) are ADOPTED IN FULL;
2. State Defendants' motion for summary judgment (ECF No. 69) is GRANTED, and judgment is entered for Ms. Ahlin and Ms. Matteucci; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/stal.18cv2073.JO.noobj